ALIN D. CINTEAN (SBN 240160)
Certified Criminal Law Specialist
State Bar of California, Board of Legal Specialization

555 Capitol Mall Ste. 755
Sacramento, CA 95814
Phone (916)441-3500
Alin@CinteanLaw.com

Attorney for Defendant
DONTE ANDERSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br><br><br>DONTE ANDERSON<br><br>DEFENDANT | CASE NO.: **2:20-CR-00105-KJM-3**<br><br>STIPULATION AND ORDER MODIFYING CONDITIONS OF PRE-TRIAL RELEASE |

### I.       STIPULATION

   Defendant Donte Anderson by and through his counsel of record and plaintiff United States of America, by and through its counsel of record, hereby stipulate to a change in the pre-trial release conditions for Mr. Donte Anderson. This stipulation is brought considering Mr. Anderson's relationship with co-defendant Tracy Whitfield. Mr. Anderson and Ms. Whitfield are engaged to be married and together they parent three children.

STIPULATION TO MODIFY
RELEASE CONDITIONS, ORDER

Condition number eight currently reads: "You must not associate or have any contact with any co-defendants in any related case unless in the presence of counsel or otherwise approved in advance by the pretrial services officer"

The defendant and the government hereby stipulate and request that the condition should be changed to read: "You must not associate or have any contact with co-defendants Donley Thompson, Desteny Salazar, and Adrian Duran."

Dated: 7/1/2020

/s/ *Alin D. Cintean*
Alin D. Cintean
Attorney for Donte Anderson

/s/ *Justin Lee*
Justin Lee
Assistant United States Attorney

**ORDER**

The Stipulation of the parties is hereby accepted and the requested change in pre-trial release conditions is GRANTED.

Pre-trial release condition number eight shall be changed to now read:

> "You must not associate or have any contact with co-defendants Donley Thompson, Desteny Salazar, and Adrian Duran."

IT IS SO ORDERED.

Dated: July 1, 2020

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO MODIFY
RELEASE CONDITIONS, ORDER

3